**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7025

SAMUEL ELLIS,

Plaintiff - Appellant,

v.

PATRICIA WALKER; DIANE BROWNING; EDWARD LANCE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-ct-03048-BO)

Submitted:  February 27, 2024                          Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Ellis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Ellis appeals the district court's orders denying his motions for additional discovery and to appoint counsel, granting summary judgment in favor of Defendants, and denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Ellis v. Wilson, et al.*, No. 5:21-ct-03048-BO (E.D.N.C. Jan. 10, 2023; May 26, 2023; Sept. 11, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*